

**U.S. Equal Employment Opportunity Commission**
**Miami District Office**

2 South Biscayne Blvd
Suite 2700
Miami, FL 33131
(305) 808-1851
TTY (305) 808-1742
FAX (305) 808-1855

Respondent: GEVITY, INC
EEOC Inquiry No.: 510-2009-02924

March 13, 2009

Marie C. Seide
1207 Patricia Circle
Kissimmee, FL 34741

Dear Ms. Seide:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]    Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]    The Age Discrimination in Employment Act (ADEA)

[ ]    The Americans with Disabilities Act (ADA)

[ ]    The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1)    Review the enclosed charge form and make corrections.

(2)    Sign and date the charge in the bottom left hand block where I have made an "X".

(3)    Return the signed charge to this office.

These steps are necessary if you wish to file a charge. No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, please complete these steps as soon as possible. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

[ ]    Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other Information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>510-2009-02924 |
|---|---|---|
| | | and EEOC |

|  |  |  |
|---|---|---|
| *State or local Agency, if any* | | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**Ms. Marie C. Seide** | Home Phone *(Incl. Area Code)*<br>**(407) 452-3367** | Date of Birth<br>**06-04-1974** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **1207 Patricia Circle, Kissimmee, FL 34741** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**GEVITY, INC** | No. Employees, Members<br>**Unknown** | Phone No. *(Include Area Code)*<br>800-243-8489 |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **9000 Town Center Parkway,  Bradenton, FL 34202** | |

| Name<br>**TRIANGLE MANGEMENT INVESTMENT, INC** | No. Employees, Members<br>**Unknown** | Phone No. *(Include Area Code)*<br>FAX **(954) 735-3876** |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **2847 Hollywood Blvd,  Hollywood, FL 33020** | TEL: 954-734-2900 |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **01-13-2009**    Latest **01-13-2009**

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a female. I was hired by the employer on 8/17/2006 as a Front Desk Clerk. I was subjected to a sexual offensive hostile work environment created by Mr. Marco Fintz, Owner. I was sexually harassed and subjected to sexual advances, which I decline. MR BARROW ENSISTED I TAKE MR FINTZ MR FINTZ to lunch on 1/13/2008. After lunch he asked me several sexual offensive questions. He asked me if I had shorts under my skirt? Do I wear tanning lotion on my skin? He touched my legs and said they are smooth. Subsequent, Mr. Fintz called me to a meeting in a room and when I tried to leave he squeezed my breasts and stuck his tongue in my mouth and he tried to put the latch on the room door to prevent me from leaving. He told me that I was very beautiful and had grown up a lot sine he met me and to keep growing up. Mr. Fintz stated that the best experience is with people that are grown up and to stay that way. He also told me that the best method for him to relieved stress is to have sex. I reported the harassment to Doug Barrow and he apologized. Subsequently I reported the harassment to Gevity. They began an investigation but told me they could not do anything to prevent the harassment from happening again, As a result I was force to resigned.

Several other females have been sexually harassed by Mr. Fintz and nothing has been done.

I believe that I was discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 3/19/09<br>Date        *Marie Seide*<br>Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |



# U.S. Equal Employment Opportunity Commission
## Miami District Office

2 South Biscayne Blvd
Suite 2700
Miami, FL 33131
(305) 808-1851
TTY (305) 808-1742
FAX (305) 808-1855

Respondent: TRIANGLE MANGEMENT INVESTMENT, INC
EEOC Inquiry No.: 510-2009-01899

March 13, 2009

Marie C. Seide
1207 Patricia Circle
Kissimmee, FL 34741

Dear  Seide:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1)   Review the enclosed charge form and make corrections.

(2)   Sign and date the charge in the bottom left hand block where I have made an "X".

(3)   Return the signed charge to this office.

<u>These steps are necessary if you wish to file a charge.</u> No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, <u>please complete these steps as soon as possible.</u> Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

[ ]   Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to the agency listed below as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>510-2009-01899 |
|---|---|---|
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.)<br>**Marie C. Seide** | Home Phone (Incl. Area Code)<br>**(407) 452-3367** | Date of Birth<br>**06-04-1974** |
|---|---|---|
| Street Address<br>**1207 Patricia Circle, Kissimmee, FL 34741** | City, State and ZIP Code | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**TRIANGLE MANGEMENT INVESTMENT, INC** | No. Employees, Members<br>**Unknown** | Phone No. (Include Area Code)<br>ᶠᵃˣ **(954) 735-3876** |
|---|---|---|
| Street Address<br>**2847 Hollywood Blvd, Hollywood, FL 33020** | City, State and ZIP Code | ᵀᴱᴸ 954 734·2900 |

| Name<br>**GEVITY, INC** | No. Employees<br>**Unknown** | Phone No. (Include Area Code)<br>800 - 243 - 8489 |
|---|---|---|
| Street Address<br>**9000 Town Center Parkway, Bradenton, FL 34202** | City, State and ZIP Code | |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☒ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN<br><br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.) | Earliest  **01-13-2009**   Latest  **01-13-2009**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a female. I was hired by the employer on 8/17/2006 as a Front Desk Clerk. I was subjected to a sexual offensive hostile work environment created by Mr. Marco Fintz, Owner. I was sexually harassed and subjected to sexual advances, which I decline. ᴹᴿ ᴮᴬᴿᴿᴼᵂ ᴵᴺˢᴵˢᵀᴱᴰ ᴵ ᵀᴬᴷᴱ ᴹᴿ ᶠᴵᴺᵀᶻ ᵀᴼ lunch on 1/13/2008. After lunch ᴹᴿ ᶠᴵᴺᵀᶻ asked me several sexual offensive questions. He asked me if I had shorts under my skirt? Do I wear tanning lotion on my skin? He touched my legs and said they are smooth. Subsequent, Mr. Fintz called me to a meeting in a room and when I tried to leave he squeezed my breasts and stuck his tongue in my mouth and he tried to put the latch on the room door to prevent me from leaving. He told me that I was very beautiful and had grown up a lot sine he met me and to keep growing up. Mr. Fintz stated that the best experience is with people that are grown up and to stay that way. He also told me that the best method for him to relieved stress is to have sex. I reported the harassment to Doug Barrow and he apologized. Subsequently I reported the harassment to Gevity. They began an investigation but told me they could not do anything to prevent the harassment from happening again, As a result I was force to resigned.

Several other females have been sexually harassed by Mr. Fintz and nothing has been done.

I believe that I was discriminated and retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 3/19/09 *Date*   *Marie Seide*  Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |