**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**MARIE SEIDE**                                    Civil Action

Plaintiff,

                                                   **Case Number: 6:09-cv-1306-35KRS**

vs.

**TRIANGLE MANAGEMENT & INVESTMENT**
**CORP., d/b/a TRIANGLE HOSPITALITY**
**GROUP** *a Florida profit corporation,*          **JURY TRIAL DEMANDED**
**ATLANTIC HOSPITALITY OF FLORIDA LLC,**
**d/b/a CLARION RESORT**, *a Florida profit*
*company,*
 **MAZEL INVESTMENTS, LLC d/b/a HOWARD**
**JOHNSON, HOLLYWOOD INN & SUITES** *a*
*Florida profit company,*
**TRINET GROUP, INC.,** *a foreign profit*
*corporation, formerly known as*
**GEVITY HR, INC.** *a Florida profit*
*corporation, and*
**MARCOS FINTZ** *individually*,

Defendants_____/


**NOTICE OF VOLUNTARY  DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(i), Plaintiff by and through her undersigned counsel,

hereby give notice that the above captioned action is voluntarily dismissed with prejudice

against all Defendants.

Dated this 31st day of July, 2009.

                                        Respectfully submitted,

                                        */s/ Deborah E. Frimmel_____*
                                        Deborah E. Frimmel
                                        Florida Bar No. 93970

                                        FRIMMEL LAW GROUP, P.A.
                                        7380 Sand Lake Road, Suite 500
                                        Orlando, Florida 32819

1

Telephone:    (407) 574-4949
Facsimile     (407) 386-6300
E-Mail: [Deborah@frimmellaw.com](mailto:Deborah@frimmellaw.com)
COUNSEL for Plaintiff