# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION


**MARIE SEIDE,**

       **Plaintiff,**

v.                           **Case No.6:09-CV-1306-ORL-35KRS**

**TRIANGLE MANAGEMENT & INVESTMENT
CORP, d/b/a Triangle Hospitality Group,
ATLANTIC HOSPITALITY OF FLORIDA
LLC, d/b/a Clarion Resort, MAZEL INVESTMENTS,
LLC, d/b/a Howard Johnson, Holywood Inn
& Suites, TRINET GROUP, INC., f/k/a Gevity HR, Inc.,
MARCOS FINTZ,**

       **Defendants.**
_____/


## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Plaintiff's Notice of Voluntary Dismissal with prejudice

(Dkt. 4) and pursuant to Fed. R. Civ. P. 41, it is hereby

**ORDERED** that this case is **dismissed with prejudice**. The parties have resolved

all claims, including claims for attorneys' fees and court costs. The **Clerk** is directed to

**CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida, this 5th day of August 2009.


_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record

-1-